UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

       v.                                  Case No.  8:06-cr-398-T-24-MSS

SEKULA BILIC

_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Suppress (Doc. No. 40). Counsel for the United States of America has filed a response in opposition (Doc. No. 52). On June 22, 2007, the Court held a hearing on the motion.

For the reasons stated by the Court during that hearing, Defendant's Motion to Suppress (Doc. No. 40) is **DENIED**.

It is so Ordered this 22nd day of June, 2007.

                                                            SUSAN C. BUCKLEW
                                                             United States District Judge

Copies to:
Counsel of Record